# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

KRISTIN BROOKS,

     Plaintiff,

v.                             Case No. 3:19-cv-311-MCR

LOWE'S HOME CENTERS,
LLC, a North Carolina Limited
Liability Corporation,

     Defendant.

_____/

## JOINT STIPULATION AND MOTION FOR PROTECTIVE ORDER

The parties hereto, through their undersigned counsel of record, do hereby jointly stipulate to:

A Protective Order providing that any and all documents produced by Defendant pursuant to pursuant to Plaintiff's First Request for Production, and any future requests for production of documents directed to Defendant Lowe's Home Centers, Inc., that are not subject to objection, be kept confidential, and, in the event that this Honorable Court overrules any said objections, that Plaintiff's counsel not share such information with any other person or entity, with the exception of the jury, deponents, potential experts, or the Plaintiff herself, and that, following the

conclusion of this suit, all such documents shall be returned to defense counsel upon request. Such Documents shall be retained by Plaintiff if an appeal is pursued; at the conclusion of the appeal, such documents shall be returned to defense counsel

WHEREFORE the parties respectfully request that a Protective Order be entered as set out above.


*/s/ Jacob S. Cook*
Jacob S. Cook, Esq.
Florida Bar No.: 121237
Dowd Law Firm
25 Beal Parkway, Suite 230
Ft. Walton Beach, FL 32548
Telephone (850) 650-2202
Attorney for Plaintiff

*/s/ Michelle L. Hendrix*
Michelle L. Hendrix, Esq.
Florida Bar No.: 0172510
Vernis & Bowling of NW Florida
315 South Palafox Street
Pensacola, FL 32502
Telephone (850) 433-5461
Attorney for Defendant


Dated:  June 3, 2019