UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KRISTIN BROOKS
v.
LOWE'S HOME CENTERS, LLC

CASE NO. 3:19cv311-MCR-MJF

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   November 4, 2019

Motion/Pleadings:   DEFENDANT'S MOTION TO EXTEND DISCOVERY AND OTHER DEADLINES   [60 to 90 days]

Filed by   Defendant          on   October 10, 2019          Doc. #   13

Supplemented by Defendant   on   October 23, 2019          Doc. #   15

|   | Stipulated |   | Joint Pleading |
|---|---|---|---|
| X | Unopposed |   | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED, for good cause shown. The deadline for discovery, as well as the related deadlines to file dispositive motions and complete mediation, are extended 90 days as requested. No further requests for extensions by either party will be considered absent extraordinary cause.

**DONE and ORDERED** this 6th day of November 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**